FORM C9B
1PJH904271 – PAUL J. HOOTEN, ESQ

## UNITED STATES SOUTHERN DIST. COURT – NEW YORK COUNTY

------------------------------------
J & J SPORTS PRODUCTIONS, INC.,

    PLAINTIFF

– vs. –

SUPER SONIDO EL AGUILA INC DBA EL AGUILA BAR LOUNGE RESTAURANT ET ANO,

    DEFENDANT
------------------------------------

Index No: **07 CIV 8750**
Date Filed: **10/10/2007**
Office No:
Court Date:

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**LOAI SARSOUR** being duly sworn, deposes and says;

I am over the age of 18 years, not a party to this action, and reside in the State of New York.

That on **10/29/2007** at **12:33PM** at **80 WEST KINGSBRIDGE ROAD , BRONX, NY 10468**, I served a true copy of the **SUMMONS AND COMPLAINT** upon **SUPER SONIDO EL AGUILA, INC. DBA EL AUGILA BAR LOUNGE RESTAURANT** the **DEFENDANT** therein named by delivering to, and leaving personally with **"JOHN" CARLOS, MANAGING AGENT**, a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows:

| | | |
|---|---|---|
| SEX: **MALE** | COLOR: **BROWN** | HAIR: **BRN/GRAY** |
| APP. AGE: **60** | APP. HT: **6'3** | APP. WT: **190** |
| OTHER IDENTIFYING FEATURES: | | |

Sworn to before me on **11/02/2007**.

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2010

LOAI SARSOUR – 1133309
AAA ATTORNEY SERVICE CO. OF NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
AP

