25 – SUBSTITUTE SERVICE / MAILING AT BUSINESS
1PJH904272 – PAUL J. HOOTEN, ESQ

## UNITED STATES SOUTHERN DIST. COURT – NEW YORK COUNTY

_____
J & J SPORTS PRODUCTIONS, INC.,
   PLAINTIFF
– vs. –

**SUPER SONIDO EL AGUILA INC DBA EL AGUILA BAR LOUNGE RESTAURANT ET ANO,**
   DEFENDANT
_____

Index No: **07 CIV 8750**
Date Filed:  /  /
Office No:
Court Date:

STATE OF NEW YORK COUNTY OF NEW YORK :SS:

**LOAI SARSOUR** being duly sworn, deposes and says;

I AM OVER THE AGE OF 18 YEARS AND RESIDE IN THE STATE OF NEW YORK.

Deponent served the **SUMMONS AND COMPLAINT** upon the **DEFENDANT ANNIE GUERRERO** on **10/29/2007** at **12:33PM** at **80 WEST KINGSBRIDGE ROAD , BRONX, NY 10468** actual place of business of the **DEFENDANT** by delivering thereat a true copy to **"JOHN" CARLOS, CO-WORKER OF THE DEFENDANT**, a person of suitable age and discretion whose approximate description is as follows:

|  |  |  |
|---|---|---|
| SEX: **MALE** | COLOR: **BROWN** | HAIR: **BRN/GRAY** |
| APP. AGE: **60** | APP. HT: **6'3** | APP. WT: **190** |

OTHER IDENTIFYING FEATURES:

Deponent also mailed a copy of same in an official depository under the exclusive care and custody of the United States Post Office Department within New York State on **11/02/2007** by first class mail to:

**ANNIE GUERRERO**
**80 WEST KINGSBRIDGE ROAD , BRONX, NY 10468**

That address being **actual place of business of the DEFENDANT**, in an envelope bearing the legend "PERSONAL AND CONFIDENTIAL", and not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person served.

Sworn to before me on **11/02/2007**.

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2010

_____
LOAI SARSOUR – 1133309
AAA ATTORNEY SERVICE CO OF NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
AP

