AG1_Rule_7_1_Statement_for_Defts.doc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

J & J SPORTS PRODUCTIONS, INC.,                    :      ECF CASE
                                                   :
                                                   :      07 CV 8750 (AKH)
                          Plaintiff,               :
                                                   :      RULE 7.1 STATEMENT
            v.                                     :      FOR DEFENDANTS
                                                   :
SUPER SONIDO EL AGUILA INC. d/b/a El Aguila        :
Bar Lounge Restaurant, and ANNIE GUERRERO,         :
                                                   :
                          Defendants.              :
                                                   :
------------------------------------------------------------------------x

            Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable

District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the

undersigned counsel for the Defendants, **Super Sonido El Aguila Inc.** (sued herein as Super Sonido El

Aguila Inc. d/b/a El Aguila Bar Lounge Restaurant), a corporation, and **Annie Guerrero**, an individual,

certifies that the following are corporate parents, affiliates and/or subsidiaries of said parties which are

publicly held:  **NONE.**

Dated:    New York, New York
          November 19, 2007

                                                   Carl E. Person   (CP 7637)
                                                   Attorney for the Defendants,
                                                     Super Sonido El Aguila Inc. and Annie Guerrero
                                                   325 W. 45th Street - Suite 201
                                                   New York, New York 10036-3803
                                                   (212) 307-4444
                                                   Email:  carlpers@ix.netcom.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | ECF CASE |
| Plaintiff, | 07 CV 8750 (AKH) |
| v. | PROOF OF SERVICE |
| SUPER SONIDO EL AGUILA INC. d/b/a El Aguila Bar Lounge Restaurant, and ANNIE GUERRERO, | |
| Defendants. | |

-------------------------------------------------------------------x

I, **Carl E. Person**, an attorney duly authorized to practice in the State of New York, do hereby affirm that the following is true under the penalty of perjury pursuant to CPLR 2106:

I am not a party to this action, am over 18 years of age, and on November 19, 2007, I served a true copy of the foregoing

### RULE 7.1 STATEMENT FOR DEFENDANTS

dated November 19, 2007, on the attorneys for the Plaintiff, by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last-known address of said attorneys, as follows:

> **Paul Joseph Hooten Esq.**
> **Paul J. Hooten & Associates**
> **5505 Nesconset Hwy., Suite 203**
> **Mt. Sinai NY  11766**

Dated:  November 19, 2007

_____
Carl E. Person (CP 7637)

2