AG1_Notice_of_Appear_for_Defts.doc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
J & J SPORTS PRODUCTIONS, INC., : ECF CASE
: 
: 07 CV 8750 (AKH)
          Plaintiff, :
: NOTICE OF APPEARANCE
   v. : FOR DEFENDANTS
:
SUPER SONIDO EL AGUILA INC. d/b/a El Aguila :
Bar Lounge Restaurant, and ANNIE GUERRERO, :
:
          Defendants. :
:
------------------------------------------------------------------x

      Please take notice that the undersigned counsel, Carl E. Person, is appearing as counsel on behalf of the Defendants, **Super Sonido El Aguila Inc.** (sued herein as Super Sonido El Aguila Inc. d/b/a El Aguila Bar Lounge Restaurant), a corporation, and **Annie Guerrero**, an individual.

Dated:   New York, New York
          November 19, 2007

                                      /s/ Carl E. Person
                                      Carl E. Person (CP 7637)
                                      Attorney for the Defendants,
                                        Super Sonido El Aguila Inc. and Annie Guerrero
                                      325 W. 45th Street - Suite 201
                                      New York, New York 10036-3803
                                        (212) 307-4444
                                        Email: carlpers@ix.netcom.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
J & J SPORTS PRODUCTIONS, INC.,

                Plaintiff,

    v.

SUPER SONIDO EL AGUILA INC. d/b/a El Aguila
Bar Lounge Restaurant, and ANNIE GUERRERO,

                Defendants.
---------------------------------------------------------------x

ECF CASE

07 CV 8750 (AKH)

PROOF OF SERVICE

I, **Carl E. Person**, an attorney duly authorized to practice in the State of New York, do hereby affirm that the following is true under the penalty of perjury pursuant to CPLR 2106:

I am not a party to this action, am over 18 years of age, and on November 19, 2007, I served a true copy of the foregoing

NOTICE OF APPEARANCE FOR DEFENDANTS

dated November 19, 2007, on the attorneys for the Plaintiff, by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last-known address of said attorneys, as follows:

    Paul Joseph Hooten Esq.
    Paul J. Hooten & Associates
    5505 Nesconset Hwy., Suite 203
    Mt. Sinai NY 11766

Dated: November 19, 2007

                                    /s/ Carl E. Person
                                 Carl E. Person (CP 7637)