UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

J & J SPORTS PRODUCTIONS, INC.
     Plaintiff,        Index # 07-CV-8750

 -against-
                **CERTIFICATE OF SERVICE**

SUPER SONIDO EL AGUILA INC.
d/b/a EL AGUILA BAR LOUNGE RESTAURANT
and ANNIE GUERRERO
     Defendants,
_____

  I certify that a copy of the Notice of Court Conference, Civil Case Management Plan and Individual Rules of the Honorable Alvin K. Hellerstein was sent via the U.S. Postal Service within the State of New York, First Class Mail addressed to the following on November 27, 2007:

To: Carl E. Person, Esquire
   Attorney for Defendant
   325 W. 45th Street, Suite 201
   New York, NY 10036-3803


        By: /s/ Lucille Eichler
           Lucille Eichler
           Paul J. Hooten & Associates
           5505 Nesconset Highway, Suite 203
           Mt. Sinai, NY 11766