UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

J & J SPORTS PRODUCTIONS, INC.
                Plaintiff,                Index # 07-CV-8750

  -against-

                                      **CERTIFICATE OF SERVICE**

SUPER SONIDO EL AGUILA INC.
d/b/a EL AGUILA BAR LOUNGE RESTAURANT
and ANNIE GUERRERO
                Defendants,
_____

    I certify that a copy of Plaintiff's Request for Admissions of Fact was sent via the U.S. Postal Service within the State of New York, First Class Mail addressed to the following on February 11, 2008:

To:    Annie Guerrero
        c/o Carl E. Person, Esquire
        Attorney for Defendants
        325 W. 45th Street, Suite 201
        New York, NY 10036


                              By:    /s/ Lucille Eichler
                                      Lucille Eichler
                                      Paul J. Hooten & Associates
                                      5505 Nesconset Highway, Suite 203
                                      Mt. Sinai, NY 11766