UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

J & J SPORTS PRODUCTIONS, INC.
                        Plaintiff,                Index # 07-CV-8750

    -against-

                                                 **CERTIFICATE OF SERVICE**

SUPER SONIDO EL AGUILA INC.
d/b/a EL AGUILA BAR LOUNGE RESTAURANT
and ANNIE GUERRERO
                        Defendants,
_____

      I certify that a copy of Plaintiff's First Set Of Interrogatories To Defendant was sent via the U.S. Postal Service within the State of New York, First Class Mail, addressed to the following on February 11, 2008:

To:    Annie Guerrero
         c/o Carl E. Person, Esquire
         Attorney for Defendants
         325 W. 45th Street, Suite 201
         New York, NY 10036


                                        By:    /s/ Lucille Eichler
                                                 Lucille Eichler
                                                 Paul J. Hooten & Associates
                                                 5505 Nesconset Highway, Suite 203
                                                 Mt. Sinai, NY 11766