AG1_Table_of_Contents.Doc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
J & J SPORTS PRODUCTIONS, INC.,

           Plaintiff,

v.

SUPER SONIDO EL AGUILA INC. d/b/a El Aguila
Bar Lounge Restaurant, and ANNIE GUERRERO,

           Defendants.
-----------------------------------------------------------X

ECF CASE

07 CV 8750 (AKH)

## TABLE OF CONTENTS FOR MOTION

The motion to withdraw being made by Defendants' attorney consists of the following three documents:

1. Notice of Motion to Withdraw as Attorney for the Defendants dated February 11, 2008;

2. Declaration of Carl E. Person in Support of His Motion to Withdraw as Attorney for the Defendants dated February 11, 2008; and

3. Memorandum of Law in Support of Attorney Carl E. Person's Motion to Withdraw as Attorney for the Defendants dated February 11, 2008.

Dated:   New York, New York
           February 11, 2008

                                                     */s/ Carl E. Person*
                                                     Carl E. Person   (CP  7637)
                                                       Withdrawing Attorney for Defendants
                                                       325 W. 45th Street - Suite 201
                                                       New York, New York 10036-3803
                                                       (212) 307-4444

## CERTIFICATE OF SERVICE

Carl E. Person hereby declares, pursuant to the penalties of perjury under 28 U.S.C. § 1746, that the following statements are true and correct:

I am not a party to this action. am over 18 years of age, and on February 11, 2008. I served a true copy of the foregoing **Table of Contents for Motion** dated February 11, 2008 (the "Document") on Defendants and the attorneys for the Plaintiff (Paul J. Hooten & Associates), by mailing a copy of the Document to said persons as follows:

>Annie Guerrero
>309 Avenue C
>Bayonne NJ  07002
>
>Super Sonido El Aguila Inc.
>80 W. Kingsbridge Road
>Bronx NY 10468
>
>Paul J. Hooten, Esq.
>Paul J. Hooten & Associates, Esq.
>5505 Nesconset Hwy - Suite 203
>Mt. Sinai, NY  11766

and by emailing on February 11, 2008 a copy of the Document to the Defendants at **guer541@aol.com** and to the Plaintiff's attorney at **pjhooten@mindspring.com**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in New York. New York on February 11, 2008.

_____
Carl E. Person