AG1_Table_of_Contents.Doc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
J & J SPORTS PRODUCTIONS, INC.,               :    ECF CASE
                                              :
                              Plaintiff,      :    07 CV 8750 (AKH)
                                              :
        v.                                    :
                                              :
SUPER SONIDO EL AGUILA INC. d/b/a El Aguila   :
Bar Lounge Restaurant, and ANNIE GUERRERO,    :
                                              :
                              Defendants.     :
                                              :
-------------------------------------------------------------x

## TABLE OF CONTENTS FOR MOTION

The motion to withdraw being made by Defendants' attorney consists of the following three documents:

1.   Notice of Motion to Withdraw as Attorney for the Defendants dated February 11, 2008;

2.   Declaration of Carl E. Person in Support of His Motion to Withdraw as Attorney for the Defendants dated February 11, 2008; and

3.   Memorandum of Law in Support of Attorney Carl E. Person's Motion to Withdraw as Attorney for the Defendants dated February 11, 2008.

Dated:   New York, New York
         February 11, 2008

                                              _____
                                              Carl E. Person  (CP 7637)
                                              Withdrawing Attorney for Defendants
                                              325 W. 45th Street - Suite 201
                                              New York, New York 10036-3803
                                              (212) 307-4444

1

## CERTIFICATE OF SERVICE

Carl E. Person hereby declares, pursuant to the penalties of perjury under 28 U.S.C. § 1746, that the following statements are true and correct:

I am not a party to this action, am over 18 years of age, and on February 11, 2008, I served a true copy of the foregoing **Table of Contents for Motion** dated February 11, 2008 (the "Document") on Defendants and the attorneys for the Plaintiff (Paul J. Hooten & Associates), by mailing a copy of the Document to said persons as follows:

Annie Guerrero
309 Avenue C
Bayonne NJ  07002

Super Sonido El Aguila Inc.
80 W. Kingsbridge Road
Bronx NY 10468

Paul J. Hooten, Esq.
Paul J. Hooten & Associates, Esq.
5505 Nesconset Hwy - Suite 203
Mt. Sinai, NY  11766

and by emailing on February 11, 2008 a copy of the Document to the Defendants at **guer541@aol.com** and to the Plaintiff's attorney at **pjhooten@mindspring.com**.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in New York, New York on February 11, 2008.

_____
Carl E. Person