AG1_CEP_Dec_Withdraw_ProofOfService.Doc

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------------x

| | | |
|---|---|---|
| **J & J SPORTS PRODUCTIONS, INC.,** | : | **ECF CASE** |
| | : | |
| | : | **07 CV 8750 (AKH)** |
| Plaintiff, | : | |
| | : | |
| v. | : | **PROOF OF SERVICE** |
| | : | |
| **SUPER SONIDO EL AGUILA INC. d/b/a El Aguila** | : | |
| **Bar Lounge Restaurant, and ANNIE GUERRERO,** | : | |
| | : | |
| Defendants. | : | |
| | : | |

------------------------------------------------------------------------x

      **Carl E. Person** hereby declares, pursuant to the penalties of perjury under 28 U.S.C. § 1746, that the following statements are true and correct:

      I am not a party to this action, am over 18 years of age, and on March 6, 2008, I served a true copy of the foregoing **Order Permitting Carl E. Person to Withdraw as Attorney for the Defendants** dated March 6, 2008 (the "Document") on Defendants and the attorneys for the Plaintiff (Paul J. Hooten & Associates), by mailing a copy of the Document to said persons as follows:

           **Annie Guerrero**
           **309 Avenue C**
           **Bayonne NJ  07002**

           **Super Sonido El Aguila Inc.**
           **80 W. Kingsbridge Road**
           **Bronx NY 10468**

           **Paul J. Hooten, Esq.**
           **Paul J. Hooten & Associates, Esq.**
           **5505 Nesconset Hwy - Suite 203**
           **Mt. Sinai, NY  11766**

and by emailing on March 6, 2008 a copy of the Document to the Defendants at **guer541@aol.com** and to the Plaintiff's attorney at **pjhooten@mindspring.com**.

      I declare under penalty of perjury that the foregoing is true and correct.

      Executed in New York, New York on March 6, 2008.

                                              _____
                                                 **Carl E. Person**