UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
J & J SPORTS PRODUCTIONS, INC.

                    Plaintiff           07 CV 8750

  -AGAINST-

SUPER SONIDO EL AGUILA, INC.
d/b/a EL AGUILA BAR LOUNGE RESTAURANT
and ANNIE GUERRERO           **AFFIDAVIT FOR JUDGMENT**
                                                      **BY DEFAULT**
                    Defendant
-----------------------------------------------------X

STATE OF NEW YORK    )
                             )    ss:
COUNTY OF NEW YORK  )

      Paul J. Hooten, being duly sworn, deposes and says:

  I am a member of the Bar of this Court and am associated with the firm of Paul J. Hooten & Associates, attorney for plaintiff in the above-entitled action and I am familiar with all the facts and circumstances in this action.

    1.  I make this affidavit pursuant to Rule 55.1 and 55.2(a) of the Civil Rules for the Southern District of New York, in support of plaintiffs application for the entry of a default judgment against defendant.

    2.   This is an action to recover the unauthorized exhibition of the telecast of the May 6, 2006, boxing match between Oscar De La Hoya and Ricardo Mayorga by the defendant. See attached summons and complaint attached hereto as Exhibit "A".

    3.  This action was commenced on October 10**,** 2007 by the filing of the summons and complaint. A copy of the summons and complaint was served on the defendant Super Sonido El Aguila Inc. d/b/a El Aguila Bar Lounge Restaurant and Annie Guerrero on October 29, 2007 by

service on Carlos, Managing Agent.  The defendant failed to appear at the Pretrial Conference scheduled for March 28, 2008..

4.   This action seeks judgment in the amount of $20,000.00, plus interest at 9% from May 6, 2006, amounting to $3,450.00, plus costs and disbursements of this action in the amount of $470.00 amounting in all to $23,920.00.

WHEREFORE, plaintiff requests the entry of Default and the entry of the annexed Judgment against defendant.

Dated: Mt. Sinai, New York
      March 10, 2008

/s/ Paul J. Hooten
Paul J. Hooten (PJH9510)

Sworn to before me this
10th day of April, 2008


/s/ Cheryl E. Lorefice
Notary Public

Cheryl E. Lorefice
Notary Public, State of New York
No. 4999823
Qualified in Suffolk County
Commission Expires August 3, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
J & J SPORTS PRODUCTIONS, INC.

                    Plaintiff          07 CV 8750

  -AGAINST-

SUPER SONIDO EL AGUILA, INC.
d/b/a EL AGUILA BAR LOUNGE RESTAURANT
and ANNIE GUERRERO         **STATEMENT OF DAMAGES**

                  Defendant
-----------------------------------------------------X


| | |
|---|---|
| Amount of judgment ................................…………………. | $20,000.00 |
| Interest at 9% from May 6, 2006 through April, 2008 ........ . | $ 3,450.00 |
| Costs and Disbursements: | |
| Clerk's fee ………………………………………………………… | $   350.00 |
| Process Server fee for service ……………………………….. | $   120.00 |
| Total as of April 2008.............................................…… | $23,920.00 |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
J & J SPORTS PRODUCTIONS, INC.

                          Plaintiff           07 CV 8750

  -AGAINST-

SUPER SONIDO EL AGUILA, INC.
d/b/a EL AGUILA BAR LOUNGE RESTAURANT
and ANNIE GUERRERO           **CERTIFICATE OF SERVICE**

                          Defendant
-----------------------------------------------------X

I certify that a copy of the Default Judgment, Affidavit for Judgment by Default, and Statement of Damages was sent via U.S. Postal Service, postage prepaid, first class mail, addressed to the following on April 10, 2008:

Super Sonido El Aguila, Inc.
d/b/a El Aguila Bar Lounge Restaurant
80 Kingsbridge Road
Bronx, NY 10468

Annie Guerrero
c/o El Aguila Bar Lounge Restaurant
80 West Kingsbridge Road
Bronx, NY 10468

                                            By:    /s/ Cheryl E. Lorefice
                                                    Paul J. Hooten, Esquire
                                                    Attorney for Plaintiff
                                                    5505 Nesconset Highway, Suite 203
                                                    Mt. Sinai, NY 11766
                                                    Telephone (631) 331-0547