UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
J & J SPORTS PRODUCTIONS, INC.



                Plaintiff          CIVIL NO. 07-CV-8750

-AGAINST-

SUPER SONIDO EL AGUILA INC.
d/b/a EL AGUILA BAR LOUNGE RESTAURANT
and ANNIE GUERRERO         **DEFAULT JUDGMENT**

              Defendant
-------------------------------------------------------X

This action having been commenced on October 10, 2007 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the defendants, Super Sonido El Aguila Inc., d/b/a El Aguila Bar Lounge Restaurant on October 29, 2007, and a proof of service having been filed on November 8, 2007 and the defendant failing to appear at the Pretrial Conference on March 28, 2008, it is

ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against defendant in the amount of $20,000.00 with interest at 9% from May 6, 2006, amounting to $3,450.00; plus costs and disbursements of this action in the amount of $470.00, amounting in all to $23,920.00.

Dated: New York, New York
      5/13/08

_____
Alvin K. Hellerstein
United States District Judge

This document was entered on the docket
on _____